# Third District Court of Appeal

## State of Florida

Opinion filed November 24, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1407
Lower Tribunal No. 20-27096
_____

**LSN Properties, LLC, et al.,**
Appellants,

vs.

**Matias Otero,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Reemberto Diaz, Judge.

Becker & Poliakoff, P.A., Jon Polenberg and Yasin Daneshfar (Fort Lauderdale), for appellants.

Giuliano Law Group, P.A., Nicole W. Giuliano and Douglas J. Giuliano (Orlando), for appellee.

Before EMAS, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed. <u>LaCourse v. Def. Support Services LLC</u>, No. 3:16CV170-RV/HTC, 2019 WL 8165261, at \*2 (N.D. Fla. Aug. 29, 2019) ("In opposing summary judgment, the non-movant 'must do more than simply show that there is some metaphysical doubt as to the material facts.'" (quoting <u>Transcon. Gas Pipe Line Co., LLC v. 6.04 Acres, More or Less, Over Parcel(s) of Land of Approximately 1.21 Acres, More or Less, Situated in Land Lot 1049</u>, 910 F.3d 1130, 1154 (11th Cir. 2018))); <u>Id.</u> at \*3 ("[A] party opposing summary judgment must point to specific portions in the record where *evidence* of a genuine disputed issue of fact can be found."); <u>Applegate v. Barnett Bank of Tallahassee</u>, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory."); <u>Pensacola Beach Pier, Inc. v. King</u>, 66 So. 3d 321, 325 (Fla. 1st DCA 2011) ("'In order to be preserved for further review by a higher court, an issue must be presented to the lower court and the specific legal argument or ground to be argued on appeal or review must be part of that presentation if it is to be considered preserved.'" (quoting <u>Sunset Harbour Condo. Ass'n v. Robbins</u>, 914 So. 2d 925, 928 (Fla. 2005))).